**JOSEPH M. CALLAHAN, JR., v. CLAIRE CALLAHAN**

18 So. (2nd) 523                             June Term, 1944
June 27, 1944                                  Division B

*Sidney L. Weintraub,* for petitioner.

*Victor Levine,* for respondent.

PER CURIAM:

Petition for certiorari granted, and the order of the circuit court, entered on June 7, 1944 be and the same is hereby quashed, and the cause remanded with directions to the circuit court to enter a stay order under Act of Congress known as the Soldiers' and Sailors' Civil Relief Act of 1940.

So ordered.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.